MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| MARK E. THOMPSON,<br>        Plaintiff,<br>   v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | CASE NO.: 5:11-cv-5808-LHK<br><br>STIPULATION AND PROPOSED ORDER FOR A 7-DAY EXTENSION FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until July 24, 2012, in which to answer or otherwise respond to Plaintiff's Complaint.

/ / /

1    This is Defendant's first request for an extension of time in this matter.

2                                                  Respectfully submitted,

3    Dated: July 18, 2012                          */s/ Harvey Sackett*
                                                   (as authorized via e-mail)
4                                                  HARVEY SACKETT
                                                   Attorney for Plaintiff
5

6
                                                   MELINDA L. HAAG
7                                                  United States Attorney

8    Dated: July 18, 2012                      By */s/ Elizabeth Barry*
                                                   ELIZABETH BARRY
9                                                  Special Assistant U.S. Attorney
                                                   Attorneys for Defendant
10

11

12                                    ORDER

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14   DATED: July 19, 2012                       _____
                                                LUCY H. KOH
15                                              UNITED STATES DISTRICT JUDGE

2