1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                           **SAN JOSE DIVISION**
10

11 | MARK E. THOMPSON,              )
   |                                )   CASE NO.: 5:11-cv-5808-LHK
12 |           Plaintiff,           )
   |                                )   STIPULATION AND PROPOSED ORDER
13 |      v.                        )   FOR A 7-DAY EXTENSION FOR
   |                                )   DEFENDANT TO ANSWER OR OTHERWISE
14 | COMMISSIONER OF                )   RESPOND TO PLAINTIFF'S COMPLAINT
   | SOCIAL SECURITY,               )
15 |                                )
   |           Defendant.           )
16 | _____)

17     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

18 of the Court, that Defendant shall have a 7-day extension, or until July 24, 2012, in which to answer or

19 otherwise respond to Plaintiff's Complaint.

20 / / /

21
22
23
24
25
26
27
28

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: July 18, 2012

*/s/ Harvey Sackett*
(as authorized via e-mail)
HARVEY SACKETT
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: July 18, 2012    By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 19, 2012

LUCY H. KOH
UNITED STATES DISTRICT JUDGE