MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| MARK E. THOMPSON,<br>          Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO.: C-5:11-cv-05808-LHK<br><br>STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner shall have a 30-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of this case is not possible, as the Commissioner has not yet received the administrative record in this matter. The Commissioner is awaiting receipt of administrative record and expects to receive it shortly.

     The Commissioner's response to Plaintiff's Complaint was due July 24, 2012; it will now be due August 23, 2012. This is the Commissioner's second request for an extension.

                                             Respectfully submitted,

Dated: July 24, 2012            */s/ Harvey Sackett*
                                             (as authorized via voicemail)
                                           HARVEY SACKETT
                                           Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MELINDA L. HAAG
United States Attorney

Dated: July 24, 2012        By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 25, 2012        /s/ Lucy H. Koh
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2