1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
5    160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8972
6    Facsimile: (415) 744-0134
     Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                        **SAN JOSE DIVISION**
10

11 MARK E. THOMPSON,               )
                                   )  CASE NO.: C-5:11-cv-05808-LHK
12          Plaintiff,             )
                                   )  STIPULATION AND PROPOSED ORDER
13      v.                         )  FOR A SECOND EXTENSION FOR
                                   )  DEFENDANT TO ANSWER OR OTHERWISE
14 MICHAEL J. ASTRUE,              )  RESPOND TO PLAINTIFF'S COMPLAINT
   Commissioner of                 )
15 Social Security,                )
                                   )
16          Defendant.             )
   _____)
17

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner shall have a 30-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of this case is not possible, as the Commissioner has not yet received the administrative record in this matter. The Commissioner is awaiting receipt of administrative record and expects to receive it shortly.

    The Commissioner's response to Plaintiff's Complaint was due July 24, 2012; it will now be due August 23, 2012. This is the Commissioner's second request for an extension.

                                   Respectfully submitted,

Dated: July 24, 2012               */s/ Harvey Sackett*
                                   (as authorized via voicemail)
                                   HARVEY SACKETT
                                   Attorney for Plaintiff

|  |  |
|---|---|
| Dated: July 24, 2012 | MELINDA L. HAAG<br>United States Attorney<br><br>By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 25, 2012

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2