1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
   Post Office Box 5025
4  San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6
7  Attorney for Plaintiff
8  /jgl
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION
13
14
15 | MARK E. THOMPSON, | ) Case No: 5:11-cv-05808-LHK
16 | Plaintiff, | )
17 | v. | ) STIPULATION AND ORDER
18 | MICHAEL J. ASTRUE, | )
19 | Commissioner, | )
   | Social Security Administration, | )
20 | | )
21 | Defendant. | )

22
23       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff
24  shall have a first extension of time of (45) days up through and including Thursday, November 1,
25  2012 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the
26  number of cases (5) the firm presently has pending before this and other district courts that
27  require briefing.
28

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 11, 2012 | */s/*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: September 11, 2012 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MARK E. THOMPSON |

IT IS SO ORDERED.

Dated:   September 12, 2012

*Lucy H. Koh*

HON. LUCY H. KOH
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER     2