HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. THOMPSON, ) | Case No:  5:11-cv-05808-LHK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Thursday, November 1, 2012 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

MELINDA L. HAAG
United States Attorney

Dated: September 11, 2012        /s/
ELIZABETH BARRY
Special Assistant U.S. Attorney
Social Security Administration

Dated: September 11, 2012        /s/
HARVEY P. SACKETT
Attorney for Plaintiff
MARK E. THOMPSON

IT IS SO ORDERED.

Dated:  September 12, 2012        *Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND ~~PROPOSED~~ ORDER    2