1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /jgl
8  Attorney for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13 | MARK E. THOMPSON, | ) | No.: 5-11-cv-05808-LHK |
14 |                   | ) |                        |
   |      Plaintiff,   | ) |                        |
15 |                   | ) |                        |
   |                   | ) |                        |
16 | v.                | ) | STIPULATION AND ORDER FOR |
   |                   | ) | DISMISSAL                 |
17 |                   | ) |                        |
   | MICHAEL J. ASTRUE,| ) |                        |
18 | Commissioner, Social Security | ) | |
   | Administration,   | ) |                        |
19 |                   | ) |                        |
20 |      Defendant.   | ) |                        |
   |_____| ) |                        |
21

22     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
23 matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's
24 fees and costs.

                                        1
STIPULATION AND ORDER FOR DISMISSAL

MELINDA L. HAAG
United States Attorney

Dated: November 1, 2012 /s/_____
ELIZABETH BARRY
Special Assistant U.S. Attorney
Social Security Administration

Dated: November 1, 2012 /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
MARK E. THOMPSON

IT IS SO ORDERED.

Dated: November 1, 2012                 *Lucy H. Koh*
                                        _____
                                        HON. LUCY H. KOH
                                        United States District Judge

STIPULATION AND ORDER FOR DISMISSAL

2