1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /jgl
8  Attorney for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN JOSE DIVISION
12
13 MARK E. THOMPSON,            )   No.: 5-11-cv-05808-LHK
                                )
14         Plaintiff,            )
                                )
15                              )
                                )
16 v.                           )   STIPULATION AND ORDER FOR
                                )   DISMISSAL
17                              )
   MICHAEL J. ASTRUE,           )
18 Commissioner, Social Security )
   Administration,              )
19                              )
                                )
20         Defendant.            )
                                )
21 _____)
22
       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
23
matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's
24
fees and costs.
25
26
27
28

                                               1
STIPULATION AND ORDER FOR DISMISSAL

          MELINDA L. HAAG
          United States Attorney

Dated: November 1, 2012        /s/_____
          ELIZABETH BARRY
          Special Assistant U.S. Attorney
          Social Security Administration


Dated: November 1, 2012        /s/_____
          HARVEY P. SACKETT
          Attorney for Plaintiff
          MARK E. THOMPSON


IT IS SO ORDERED.


Dated: November 1, 2012        *Lucy H. Koh*
          HON. LUCY H. KOH
          United States District Judge

2

STIPULATION AND ORDER FOR DISMISSAL